

275 MADISON AVENUE 14TH FLOOR
NEW YORK, NEW YORK 10016
T 212 202 1614 F 646 924 3100 POHLLAW.COM

David M. Pohl *Partner*
david.pohl@pohllaw.com

December 6, 2010

Hon. Edward R. Korman, U.S.D.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *John Doe v. American Airlines,* 10-CV-4178

Dear Judge Korman:

    I am co-counsel to Plaintiff in the above-referenced action.

    Defendant filed a motion to dismiss on November 11, 2010.  On November 20, 2010, Defendant's counsel and Plaintiff's counsel agreed to the following briefing schedule: Plaintiff's opposition papers are due no later than December 27, 2010 and Defendant's reply papers are due no later than January 17, 2011.

    This is Plaintiff's first request for an extension of time.  I apologize for not having submitted this request earlier.

    Sincerely,

    */s/ David M. Pohl*

    David M. Pohl

    _____
    **SO ORDERED, U.S.D.J.**